UNITED STATES DISTRICT COURT FOR THE
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
JULIE A. SU, Acting Secretary of Labor,               :
United States Department of Labor,                    Case No. 24-cv-3339
                                                      :
                    Plaintiff,
          v.                                          :
LTLMR LLC d/b/a CELEBRITY DINER and
LOUKAS RENIERIS, individually,                        :

                    Defendants.                       :
-------------------------------------------------------------------


**EX PARTE NOTICE OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED**

Pursuant to Federal Rule of Civil Procedure 65, Section 17 of the Fair Labor Standards Act (the "Act"), 29 U.S.C. § 217, and Local Rule 6.1(d), Plaintiff JULIE A. SU, Acting Secretary of Labor, U.S. Department of Labor (the "Acting Secretary"), respectfully moves this Court *ex parte* for a temporary restraining order to restrain Defendants LTLMR LLC d/b/a CELEBRITY DINER and LOUKAS RENIERIS ("Defendants"), their officers, employees, agents, and all persons acting in active concert or participation, from terminating and/or retaliating in any way against employees based on Defendants' belief that such employees have engaged in any protected activity, including but not limited to complaining that they have not been paid in accordance with the Act or cooperating in the Department of Labor's ongoing investigation.

As set forth in the accompanying Declaration of Susan Jacobs dated May 6, 2024, pursuant to Federal Rule of Civil Procedure 65(b)(1) and Local Rule 6.1(d), the Acting Secretary files her motion *ex parte* because Defendants have already retaliated against an employee. The Acting Secretary has a well-founded concern that given Defendants demonstrated and conscious disregard

1

of the Act, notice of this motion to Defendants, prior to issuance of a temporary restraining order, would result in immediate and irreparable injury in the form of interference in the government's investigation and/or additional retaliation against employees.

**Accordingly, PLEASE TAKE NOTICE** that at as soon as the Acting Secretary can be heard regarding her Ex Parte Motion for a Temporary Restraining Order and all supporting papers, the Acting Secretary hereby requests the Court to grant her motion and restrain Defendants, their officers, employees, agents, and all persons acting in active concert or participation from:

1. Violating the provisions of section 15(a)(3) of the Act;

2. Terminating or threatening to terminate the employment, reducing hours or threatening to reduce hours, intimidating, coercing, threatening, or retaliating or discriminating against their employees in any other way, based on Defendants' belief that such employee has complained about pay or engaged in any other protected activity under the Act;

3. Terminating or threatening to terminate the employment, reducing hours or threatening to reduce hours, intimidating, coercing, threatening, or retaliating or discriminating against their current and former employees in any other way, based upon Defendants' belief that such employee has cooperated with the Department of Labor ("Department");

4. Obstructing the Department's investigation in any way;

5. Telling any workers not to cooperate with the Department's representatives; telling any workers to provide incomplete or false information to the Department's representatives; or questioning workers about their cooperation or communications with the Department's representatives;

6. Communicating with any employee regarding the Department's investigation without first informing the employee, in writing and in the employee's primary language, that employees may communicate with the Department and its representatives voluntarily and free from coercion, and that employees cannot be discriminated against or retaliated against for communicating with the Department's representatives;

7. Terminating any employee without providing at least seven (7) days' notice to the Department's Wage and Hour Division prior to any termination; and

8. Ordering all such other relief as may be appropriate, just, and proper.

Based on the same supporting papers, the Acting Secretary also hereby asks the Court to grant her motion and order that Defendants, their officers, employees, agents, and all persons acting in active concert or participation be required:

1. Within seven (7) days of the Court's Order to Show Cause, Defendants shall allow representatives of the Department to read aloud in English, Spanish, and any other language as necessary to be understood by Defendants' employees, during employees' paid working hours, the following statement to all employees employed by Defendants, and in the presence of a supervisor or manager:

   **You are protected by the Fair Labor Standards Act and have the right to participate freely in the U.S. Department of Labor's investigation into your employer's pay practices. You have the right to speak freely with investigators, attorneys, or other officials from the Department of Labor. Your employer is prohibited from retaliating against you in any way, including by terminating you, reporting you to immigration, or threatening to do any of these things because you spoke with the Department of Labor.**

   **The U.S. District Court for the Eastern District of New York has ordered LTLMR LLC doing business as Celebrity Diner, Loukas Reniers, and anyone acting on their behalf to cease coercing, retaliating against, threatening to retaliate against, intimidating, or attempting to influence or in any way threatening employees for providing information to the Department of Labor.**

2. Within seven (7) days of the Court's Order to Show Cause, Defendants shall mail a hard copy of the above statement, in English, Spanish, and other language as necessary to be understood by Defendants' employees, to all current and former employees at their last known addresses, along with contact information for representatives of the Department (to be provided by the Department's representatives); and

3. Within seven (7) days of the Court's Order to Show Cause, Defendants shall post the above statement in English and any other language as necessary, with contact information for representatives of the Department (to be provided by the Department's representatives) in a conspicuous location at its office.

3

DATED:    May 6, 2024
                New York, New York       Respectfully submitted,

                                              SEEMA NANDA
                                              Solicitor of Labor

                                              JEFFREY S. ROGOFF
                                              Regional Solicitor

                                              */s/ Susan B. Jacobs*
                                              SUSAN B. JACOBS
                                              Senior Trial Attorney

                                              U.S. Department of Labor
                                              Office of the Solicitor
                                              201 Varick Street, Room 983
                                              New York, NY 10014
                                              Tel: 646.264.3664
                                              Jacobs.Susan@dol.gov
                                              NY-SOL-ECF@dol.gov

                                              *Attorneys for Plaintiff Julie A. Su,*
                                              *Acting Secretary of Labor*