UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
JULIE A. SU, Acting Secretary of Labor,            :
United States Department of Labor,                    Civil Action No. 24-cv-3339
                                          Plaintiff,    :
                v.                                :

LTLMR LLC d/b/a CELEBRITY DINER and                :
LOUKAS RENIERIS, individually,                     :

                         Defendants.          :
-----------------------------------------------------------------

**DECLARATION OF GENE TOLEDO IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED**

I, GENE TOLEDO, declare under penalty of perjury, as prescribed in 28 U.S.C. § 1746, that the following is true and correct:

1. I am employed as an Investigator in the Long Island District Office of the Wage and Hour Division, U.S. Department of Labor. I make this declaration based on my personal knowledge and based on the official files of the Wage and Hour Division.

2. As a Wage Hour Investigator, I investigate the wages, hours, and other employment practices of employers and persons subject to the various statutes that the Wage and Hour Division ("WHD") enforces, including the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* (the "Act" or "FLSA").

3. I have been employed as a Wage Hour Investigator for more than nine years and have worked on approximately 150 FLSA investigations.

4. In the course of my duties, I regularly review information from employers' payroll records and records of hours worked; interview workers and employers; and collect and review

other relevant data, including public records. In the course of these duties, including review of WHD's official files, I have gained personal knowledge of the following.

5. LTLMR LLC d/b/a Celebrity Diner ("Celebrity Diner") is a limited liability company based in Syosset, New York. Celebrity Diner is engaged in the business of operating a restaurant.

6. I have been informed by a representative of the firm that Loukas Renieris is the owner of Celebrity Diner.

7. On or about August 10, 2023, the WHD's Long Island District initiated an investigation into Celebrity Diner's compliance with the FLSA. I was assigned to the investigation on or about August 22, 2023.

8. WHD's investigation into Celebrity Diner's compliance with the FLSA remains ongoing.

9. It is of the utmost importance in WHD's investigations for investigators to be able to interview employees and obtain truthful and accurate information free of interference by employers. When employers interfere in WHD's ability to meet with or interview employees, engage in threats or retaliation, or coach employees' responses, WHD's ability to determine employers' compliance is severely jeopardized. Without the availability of accurate information from employees, free from employer interference or coercion, it can be very difficult to fully determine an employer's compliance with the FLSA and other statutes enforced by WHD, and to determine whether certain employees are owed back wages or other relief, and if so, how much.

Executed on May 3, 2024

*Gene Toledo*
GENE TOLEDO, Investigator
U.S. Department of Labor

Wage and Hour Division
Long Island District Office
1400 Old Country Road, Suite 410
Westbury, NY 11590